# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*\*^
L. Anthony DiJiacomo~
David A. Berlin^
Robert P. Cocco~+
Gary Schafkopf^+
Brian Mildenberg~+
Marc Weisberg~+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site:  www.weisberglawoffices.com
E-Mail:  mweisberg@weisberglawoffices.com

*Thursday, February 14, 2019*

**Via ECF**
Judge Eric. N. Vitaliano
Magistrate Judge Steven Tiscione

    RE: **Teresa Harrington v. Delta Airlines, Inc.**
       **United States District Court | Eastern District of New York**
       **No. 1:18-cv-06729**

Your Honor:

  The undersigned represents Plaintiff in this matter. Plaintiff's response to Defendant's letter motion for a pre-motion conference is due tomorrow, February 15, 2019.

  In lieu of a response, Plaintiff's respectfully request leave to amend her complaint. Due to the complexity of this matter, Plaintiff further respectfully requests 21 days to amend her complaint. Plaintiff has conferred with Defendant and Defendant indicated no objection but said the Court must grant permission.

  Plaintiff further respectfully requests that the initial conference on March 1, 2019 be adjourned.

  Thank you for this Honorable Court's kind consideration.

             Sincerely,

             /s/ Matthew B. Weisberg, Esquire
             Matthew B. Weisberg, Esquire (*PHV*)

MBW/hcm
Cc:    Ira G. Rosenstein, Esq.
       Blair Robinson, Esq.
       Hanna E. Martin, Esq.
       Brian Mildenberg, Esq.
       Vikrant Pawar, Esq.